## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA SOUTHERN DIVISION

| | |
|---|---|
| TAMELA COSPER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 2:17-cv-934-TMP |
| ) | |
| AMERICAN FAMILY CARE, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER OF DISMISSAL

The defendant, American Family Care, Inc.,[1] filed a motion to compel arbitration and to stay this action. (Doc. 10). After seeking and receiving an extension of time in which to respond, the plaintiff filed a response in opposition. (Doc. 17). The court then entered an order regarding the motion to compel arbitration, directing the parties to file evidentiary materials regarding the financial status of the plaintiff and the costs expected to be incurred as a result of arbitration. (Doc. 18). The parties on October 11, 2017, filed a joint motion to stay and to compel arbitration. (Doc. 19).

---

[1] The complaint listed the defendant's name as American Family Care, but plaintiff has filed a motion to correct the defendant's name to American Family Care, Inc. (Doc. 20). Defendant has consented to the motion. The motion is GRANTED and the Clerk is directed to change the style of the case to reflect the defendant's proper name.

The parties have agreed that the dispute that gave rise to the instant action is subject to a binding agreement to arbitrate. The parties have consented to the jurisdiction of the undersigned magistrate judge. (Doc. 15). Accordingly, the court hereby GRANTS the motion to compel arbitration. To the extent that the parties seek a stay, however, the motion is DENIED. The case is due to be and hereby is DISMISSED.

DATED this 13th day of October, 2017.

T. MICHAEL PUTNAM
U.S. MAGISTRATE JUDGE